December 8, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

CITY OF HOUSTON, Appellant

NO. 14-10-01176-CV              V.

COSME VILLARREAL, Appellee

——————————————

Today the Court heard the parties' joint motion to dismiss the appeals from the judgment signed by the court below on August 31, 2010. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs incurred by reason of this appeal.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.